IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRANK T. WHITEHEAD,

   Plaintiff,

v.

   Case No. 17-cv-514-wmc

MR. D. STRAHOTA, INDIANHEAD FOOD, MR.
HINCHLEY, OFFICER THORNE, JOHN DOE,
JANE DOE, STATE OF WISCONSIN
DEPARTMENT OF CORRECTIONS,
INDIANHEAD INSURANCE CARRIER,
N.L.C.I INSURANCE CARRIER/PROVIDER,
UNIT MANAGER FLADHAMMER,
OFFICER SIEBER, OFFICER/SGT. CROSS and
EXAMINER/ICE FREDLUND,

   Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

   /s/                                      1/21/2020
Peter Oppeneer, Clerk of Court                  Date